IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16–30–M–DLC–1 |
| Plaintiff, | |
| | ORDER |
| vs. | |
| JAMES EARL HUDSON, | |
| Defendant. | |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and

Recommendation in this matter on November 14, 2016. Neither party objected

and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. §

636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

This Court will review the Findings and Recommendation for clear error.

*McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313

(9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm

conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d

422, 427 (9th Cir. 2000).

Judge Lynch recommended this Court accept James Earl Hudson's guilty

plea after Hudson appeared before him pursuant to Federal Rule of Criminal

Procedure 11, and entered a plea of guilty to one count of Felon in Possession of a

Firearm in violation of 18 U.S.C. § 922(g)(1) (Count I), as set forth in the Indictment. In exchange for Defendant's plea, the United States has agreed to dismiss the forfeiture count in the Indictment.

I find no clear error in Judge Lynch's Findings and Recommendation (Doc. 18), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that James Earl Hudson's motion to change plea (Doc. 12) is GRANTED and James Earl Hudson is adjudged guilty as charged in Count I of the Indictment.

DATED this 2nd day of December, 2016.

Dana L. Christensen, Chief District Judge
United States District Court