IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JAMES EARL HUDSON,

Defendant.

CR 16–30–M–DLC

ORDER

Before the Court is Defendant James Earl Hudson's Motion for Early
Termination of Supervised Release. (Doc. 27.) The United States does not object
to the motion. Hudson has successfully completed over two-thirds of his term of
supervised release, and the Court grants the motion.

A court may "terminate a term of supervised release . . . at any time after the
expiration of one year of supervised release . . . if it is satisfied that such action is
warranted by the conduct of the defendant released and the interest of justice." 18
U.S.C. § 3583(e)(1). In determining whether to terminate a term of supervised
release, courts consider the factors set forth in 18 U.S.C. § 3553(a). 18 U.S.C.
§ 3564.

Here, "the history and characteristics of the defendant" counsel in favor of
granting Hudson's motion. 18 U.S.C. § 3553(a)(1). Hudson was released from

prison on December 26, 2017 and is scheduled to be released from supervision on December 26, 2020. He has a stable residence and appears to pose no threat to the community. Hudson has successfully complied with all conditions of his supervision. The Court is convinced that the interests of justice and Hudson's success to date justify early termination of probation.

Accordingly, IT IS ORDERED that Hudson's Motion (Doc. 27) is GRANTED. The term of supervised release imposed by the February 17, 2017 Judgment is TERMINATED as of the date of this Order. Hudson is hereby DISCHARGED from the sentence of supervised release in this case.

DATED this 20th day of February, 2020.

Dana L. Christensen, Chief Judge
United States District Court